ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WESTERN INVESTORS CORPORATION v. WARSAW DISCOUNT BANK.— Motion for leave to appeal denied. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WESTERN INVESTORS CORPORATION v. WARSAW DISCOUNT BANK.— Motion for leave to appeal denied. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WESTERN INVESTORS CORPORATION v. WARSAW DISCOUNT BANK.— Motion for leave to appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WESTERN INVESTORS CORPORATION v. WARSAW DISCOUNT BANK.— Motion denied and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE ARCHIBALD MCNEIL & SONS CO. v. WHALTON S. ALDEN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

STEPHANIE BIRD and Others v. BELLEAIRE HOTEL CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

In the Matter of JOSEPH HARTOG, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

L. BACHMANN & Co. v. WALTER WEISS and Another.— Motion 'to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MICHAEL HARITOS v. ROBERT KRAUSE and Another.— Motion to dismiss appeal denied. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

NIEHOFF-SCHULTZE GROCER COMPANY v. ALEXANDER J. GROSS and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants comply with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE ZEBE.— Motion to dismiss appeal granted unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

LEON B. GINSBERG and Another v. IRVING BECK and Others.— Motion granted on condition that appeal be promptly prosecuted. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. AMERICAN COTTON EXCHANGE, Appellant, Impleaded with Others.— Judgment and orders affirmed. No opinion. Present — Clarke, P. J., Smith, Page, Greenbaum and Finch, JJ.

FRED A. GORDON, in Behalf of Himself and Other Stockholders of MOJAVE TUNGSTEN COMPANY, Similarly Situated, etc., Appellant, v. MOJAVE TUNGSTEN COMPANY and Others, Respondents.— Judgment affirmed, with costs to respondents appearing separately. No opinion. Present — Clarke, P. J., Dowling, Merrell, Greenbaum and Finch, JJ.

BENJAMIN R. KITTREDGE, Respondent, v. ARTHUR E. GRANNIS and Another, Impleaded with ROBERT C. LAWRENCE, Appellant.— Judgment and order affirmed,